IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-321-FL

ALEXIS DARNELL ANDRE,
CHAIRPERSON OF ASSOCIATION OF
E.E. SMITH ALUMNI AND FRIENDS,
and ASSOCIATION OF E.E. SMITH
ALUMNI AND FRIENDS, INC.,

    Plaintiffs,

v.

KEVIN ASHTON, in his individual
capacity and as Chairman of NATIONAL
ASSOCIATION OF E.E. SMITH ALUMNI
AND FRIENDS, INC., E.E. SMITH HIGH
SCHOOL SPORTS HALL OF FAME, E.E.
SMITH ALUMNI AND FRIENDS, and
NATIONAL ASSOCIATION OF E.E.
SMITH ALUMNI AND FRIENDS, INC.,

    Defendants.

ORDER

    This matter is before the court following hearing, attended by James H. Locus, Jr. for plaintiffs, and by Susan F. Olive for defendants. For the reasons stated:

1. Defendants' motion to strike plaintiffs' certification (DE 67) is DENIED;

2. Plaintiffs' motion for an extension of time to file revised declaration (DE 72) is TERMINATED AS MOOT;

3. Plaintiffs' counsel's motion to withdraw from representation (DE 75) is GRANTED;

4. New counsel for plaintiffs shall file a notice of appearance by April 17, 2024;

5. Not later than 30 days from April 17, 2024, defendants shall file any response to plaintiffs' operative complaint (DE 61).

SO ORDERED, this the 18th day of March, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge