| | |
|---|---|
| NATIONAL ASSOCIATION OF E.E. SMITH ALUMNI AND FRIENDS, INC., (NAEESAF), ALEXIS DARNELL ANDRE Chairperson of the Association of E.E. Smith Alumni & Friends, Inc. and THE ASSOCIATION OF E.E. SMITH ALUMNI & FRIENDS D/B/A NATIONAL ASSOCIATION OF E.E. SMITH ALUMNI & FRIENDS, INC. (NAEESAF)<br>    Plaintiffs, | |
| v. | **JUDGMENT**<br>No. 5:23-CV-321-FL |
| NATIONAL ASSOCIATION OF E.E. SMITH ALUMNI AND FRIENDS, INC., KEVIN ASHTON, in his individual capacity and as Chairman of the National Association of E.E. Smith and Friends, Inc., EE SMITH ALUMNI AND FRIENDS, INC. EE SMITH HIGH SCHOOL SPORTS HALL OF FAME, INC.,<br>    Defendants. | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 1, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This judgment Filed and Entered on May 1, 2024, and Copies To:**
Alexis Darnell Andre (via US mail) P O Box 1691, Fayetteville, NC 28302
Susan Freya Olive (via CM/ECF Notice of Electronic Filing)


May 1, 2024      PETER A. MOORE, JR., CLERK

               /s/Sandra K. Collins
              (By)Sandra K. Collins, Deputy Clerk